

**Clausen Miller** P.C.
Attorneys at Law

CLAUSEN MILLER P.C.
CHICAGO, IL
NEW YORK
CALIFORNIA
NEW JERSEY
INDIANA
WISCONSIN
CONNECTICUT
FLORIDA
TEXAS

CLAUSEN MILLER LLP
LONDON, ENGLAND

CMI CLAUSEN MILLER INTERNATIONAL
Clausen Miller LLP, LONDON
Clausen Miller P.C.
Grenier Avocats, PARIS
Studio Legale Corapi, ROME
van Cutsem-Wittamer-Marnef & Partners, BRUSSELS

28 Liberty Street, 39th Floor • New York, NY 10005 • www.clausen.com
Tel: 212.805.3900 • Fax: 212.805.3939

**Christopher T. Scanlon**
**Direct Line:** 212-805-3979
**E-Mail:** cscanlon@clausen.com

May 23, 2025

**Via E-Filing**

| | |
|---|---|
| William M. Rudow, Esq. | Jessica Kaufman, Esq. |
| Piel Law Firm | Morrison Foerster |
| 502 Washington Avenue, Suite 730 | 250 West 55th Street |
| Towson, MD 21204 | New York, New York |
| wrudow@piellawfirm.com | jkaufman@mofo.com |

Michael J. Giusto, Esq.
Neufeld, O'Leary & Giusto
60 East 42nd Street, Suite 4600
New York, New York 10165
mgiusto@noglaw.com

> Re: *SG Alternative Title Trust 2021-MF-1 a/k/a Saluda Grade Alternative TitleTrust 2021-MF1 v. Michelle Zell, Ross Wigon, Riverside Abstract, LLC and Shaul C. Greenwald*
> Civil Action No.: 125-cv-648 (FB)(VMS)
> Our File No.: 24-3847-00-5

Dear Counsel:

    This firm represents Defendants Michelle Zell and Ross Wigon, in the above-referenced matter.

    Enclosed for service, please find these Defendants' Motion to Dismiss and supporting documents.

    Thank you.

Very truly yours,

CLAUSEN MILLER P.C.

By: *Christopher T. Scanlon*

Christopher T. Scanlon

CTS:jls
Encs.
11684375.1