**MORRISON FOERSTER**

250 WEST 55TH STREET
NEW YORK
NEW YORK  10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON, BRUSSELS, DENVER, HONG KONG, LONDON, LOS ANGELES, MIAMI, NEW YORK, PALO ALTO, SAN DIEGO, SAN FRANCISCO, SHANGHAI, SINGAPORE, TOKYO, WASHINGTON, D.C.

May 23, 2025

Writer's Direct Contact
+1 (212) 336-4257
jkaufman@mofo.com

**Via E-Mail and Filed via ECF**

Michael J. Giusto
Neufeld, O'Leary & Giusto
60 East 42nd Street
Suite 4600
New York, New York 10165

Christopher T. Scanlon
Djordje Caran
Clausen Miller PC
28 Liberty Street 39th Floor
New York, New York 10005

William M. Rudow
Piel Law Firm, LLC
502 Washington Avenue
Suite 730
Baltimore, Maryland 21204

*Re:   SG ALTERNATIVE TITLE TRUST 2021-MF1 v. Riverside Abstract, LLC, et al.,*
*No. 1:25-cv-00648-FB-VMS (E.D.N.Y.)*

Dear Counsel,

As you know, we represent Riverside Abstract, LLC and Shaul C. Greenwald ("Title Defendants") in the above-referenced action. Pursuant to Judge Block's Individual Motion Practices and Rules, and the Court's April 2, 2025 Scheduling Order setting a briefing schedule on Title Defendants' Motion to Dismiss the Amended Complaint, we are serving the following documents:

1. Title Defendants' Motion to Dismiss the Amended Complaint (the "Motion");

2. Memorandum of Law in Support of the Motion;

3. Declaration of Jessica Kaufman in Support of the Motion, including Exhibits A–F; and

4. Proposed Order.

**MORRISON FOERSTER**

May 23, 2025
Page Two

We look forward to receiving your opposition papers.

Sincerely,

Jessica Kaufman
Partner